UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

HELENA JUSZCZAK,

                      Plaintiff,

    - against -

THE NEW YORK CITY DEPARTMENT OF EDUCATION
and THE CITY OF NEW YORK,

                      Defendants.
------------------------------------------------------------------ x

**CERTIFICATE OF SERVICE BY FIRST CLASS MAIL**

No. 25 cv 00850 (VMS)

    Diana Kay, employed at the Office of the Corporation Counsel as paralegal, certifies under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

    On the 14th day of April, 2025, I served a true and correct copy of **letter by Assistant Corporation Counsel Kathleen M. Linnane requesting a 60-day extension of time to respond to the Complaint** upon Plaintiff pro se:

        Helena Juszczak
        70-36 67th Place, Apt. 1L
        Glendale, NY 11385

    by mailing the papers to the person at the address designated by him or her for that purpose by depositing the same in a first class, postpaid, properly addressed wrapper, in a post office or official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Date:  New York, New York
        April 14, 2025

                                           */s/ Diana Kay*
                                           Diana Kay, Paralegal
                                           Labor and Employment Law Division