

**M**URIEL **G**OODE-**T**RUFANT
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
L**AW** D**EPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**KATHLEEN M. LINNANE**
Assistant Corporation Counsel
Labor and Employment Law Division
Telephone: (212) 356-2467
E-mail: klinnane@law.nyc.gov

June 20, 2025

**By USPS and e-mail to helenaj7@gmail.com**
Helena Juszczak
70-36 67th Place, Apartment 1L
Glendale, NY 11385

          Re:    <u>Juszczak v. New York City Department of Education, et al.</u>
                 25-cv-00850 (OEM)(VMS)

Dear Ms. Juszczak:

        Please find attached, for service on you, a Notice of Motion to Dismiss the Complaint and related documents with respect to the above-referenced action.

        Sincerely,

        /s/ *Kathleen M. Linnane*
        Kathleen M. Linnane
        Attorney for the Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

HELENA JUSZCZAK,

                                            Plaintiff,

    - against -

THE NEW YORK CITY DEPARTMENT OF EDUCATION
and THE CITY OF NEW YORK,

                                            Defendants.

------------------------------------------------------------------------X

**CERTIFICATE OF EMAIL SERVICE OF DEFENDANTS' MOTION TO DISMISS DATED JUNE 20, 2025 UPON PRO SE PLAINTIFF**

No. 25 cv 00850 (OEM)(VMS)

       I, **KATHLEEN M. LINNANE**, certify, pursuant to 28 U.S.C. § 1746 and subject to the penalties of perjury, that on June 20, 2025, I served a true and correct copy of Defendants' Notice of Motion to Dismiss the Complaint, Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint, Declaration of Kathleen M. Linnane in Support of Defendants' Motion to Dismiss the Complaint, and supporting Exhibit A, upon *pro se* plaintiff **HELENA JUSZCZAK** at the email address set forth below, being the email address set forth by said plaintiff:

       helenaj7@gmail.com

Dated:  New York, New York
         June 20, 2025

                                           **MURIEL GOODE-TRUFANT**
                                           Corporation Counsel of the
                                             City of New York
                                           *Attorney for Defendants*
                                           100 Church Street, Room 2-190
                                           New York, New York 10007
                                           (212) 356-2467
                                           klinnane@law.nyc.gov

                           By:     *Kathleen M. Linnane*
                                           Kathleen M. Linnane
                                           Assistant Corporation Counsel