July 9, 2025

Honorable Orelia E. Merchant, U.S. District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    *Juszczak v. NYC Dept. of Educ., et al.*, 25-cv-00850-OEM-VMS[1]

Dear Judge Merchant:

    I am *pro se* Plaintiff in the above-referenced action. I write to request an extension of time to file my response to Defendants' Pre-Motion letter by July 31, 2025. This is my first request for an extension.

    My response was due on July 7, 2025. I apologize for missing this deadline and not being able to reach out to the City's attorney for their consent, given that I needed to submit this letter as soon as possible.

    Thank you for your consideration of my request.

                                      Sincerely,

                                      Helena Juszczak
                                      Plaintiff Pro Se
                                      70-36 67th Place, Apt.1L
                                      Glendale, NY 11385

cc:    Kathleen Linnane, Esq.
        klinnane@law.nyc.gov

---

[1] This letter was prepared with help from the City Bar Justice Center's Federal Pro Se Legal Assistance Project.