July 29, 2025

Honerable Orelia E. Merchant, U.S. District Judge
United States District Court
Eastern District Court of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: *Juszczak v. NYC Dept. of Educ., et al.*, 25-cv-00850

Dear Judge Merchant,

    I am *pro se* in the above-referenced action. Thank you for the extension to respond to the Defendants' Pre-Motion Letter by July 31, 2025.

    I am writing this letter to obtain from the court an extension of time until August 25, 2025 to file an amended complaint, so I may gather the supportive information to my claim. I do not feel that I have enough information to respond to the defendants pre-motion letter at this time. I want to pursue this matter in this court and I would appreciate the court giving me this time.

    Thank you for your consideration of my request.

    Sincerely,

/s/Helena Juszczak
Plaintiff Pro Se
70-36 67th Place, Apt. 1L
Glendale, NY

