UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------ x

HELENA JUSZCZAK,

                                       Plaintiff,

- against -

THE NEW YORK CITY DEPARTMENT OF EDUCATION
and THE CITY OF NEW YORK,

                                       Defendants.

------------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

25 cv 00850 (VMS)

        **PLEASE TAKE NOTICE** that **SONYA GIDUMAL CHAZIN** Assistant Corporation Counsel, on behalf of the Muriel Goode-Trufant, Corporation Counsel of the City of New York, appears herein as counsel of record for the New York City Department of Education and the City of New York ("Defendants"). Accordingly, I respectfully request that any future correspondence, filings, ECF notifications, or other information relating to this matter be directed to me at the address below.

Dated:       New York, New York
               September 16, 2025

                                           **MURIEL GOODE-TRUFANT**
                                           Corporation Counsel of the
                                             City of New York
                                           Attorney for Defendants
                                           100 Church Street, 2nd Floor
                                           New York, New York 10007
                                           (212) 356-0890
                                           schazin@law.nyc.gov


                                           /s/ *Sonya Gidumal Chazin*
                                               Sonya Gidumal Chazin
                                            Assistant Corporation Counsel


cc:     Plaintiff pro se (by email at helenaj7@gmail.com)
           Plaintiff pro se (by First Class Mail to 70-36 67th Place, Apt. 1L, Glendale, NY 11385)