

THE CITY OF NEW YORK

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**Sonya Gidumal Chazin**
*Assistant Corporation Counsel*
Labor and Employment Law Division
Telephone: (212) 356-0890
E-mail: schazin@law.nyc.gov

March 10, 2026

**By ECF**
Honorable Clay H. Kaminsky
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  Juszczak v. New York City Department of Education, et al.
1:25-cv-00850 (OEM) (CHK)

Dear Magistrate Judge Kaminsky:

I am an Assistant Corporation Counsel in the office of Steven Banks, Corporation Counsel for the City of New York, attorney for the Defendants in the above- referenced action. I write to respectfully request an extension of time for Defendants to respond to the Amended Complaint from February 25, 2026 to March 23, 2026.

This is Defendants' second request for an extension of time to respond to the Amended Complaint, and we respectfully request to extend the briefing schedule order. The extension is requested due to an inadvertent calendaring error that occurred while on a leave of absence. The requested extension will not prejudice Plaintiff and is sought in good faith to allow Defendants adequate time to prepare their response. Defendants have reached out to Plaintiff to request consent to this adjournment; however, as of the filing of this letter, Plaintiff has not responded.

Defendants respectfully request the following proposed revised briefing schedule:

1.  Defendants' motion to dismiss due on March 23, 2026;
2.  Plaintiffs' opposition to Defendants' motion due on April 24, 2026;
3.  Defendants' reply to Plaintiff's opposition due on May 8, 2026.

Therefore, this Office respectfully requests that the Court grant Defendants' request for a 26-day extension of time to respond to the complaint to March 23, 2026. Thank you for your consideration of this request.

Respectfully submitted,

Sonya Gidumal Chazin
Assistant Corporation Counsel

cc:    Plaintiff *pro se* (by email to helenaj7@gmail.com)