

**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Sonya Gidumal Chazin**
*Assistant Corporation Counsel*
Labor and Employment Law Division
Telephone: (212) 356-0890
E-mail: schazin@law.nyc.gov

March 23, 2026

**By USPS and e-mail to helenaj7@gmail.com**
Helena Juszczak
70-36 67th Place, Apartment 1L
Glendale, NY 11385

Re:  Juszczak v. New York City Department of Education, et al.
25-cv-00850 (OEM)(CHK)

Dear Ms. Juszczak:

Please find attached, for service on you, a Notice of Motion to Dismiss the Amended Complaint and related documents with respect to the above-referenced action.

Sincerely,

/s/
Sonya Gidumal-Chazin
Attorney for the Defendants