

**STEVEN BANKS**
*Corporation Counsel*

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**Sonya Gidumal Chazin**
Labor & Employment Law Division
Telephone: (212) 356-0890
Email:  schazin@law.nyc.gov

June 8, 2026

<u>**Via ECF**</u>
Honorable Orelia E. Merchant
United States District Judge
Eastern District of New York
225 Cadman Plaza East
 Brooklyn, New York 11201

Re:  <u>Juszczak v. New York City Department of Education, et al.</u>
    1:25-cv-00850 (OEM) (CHK)

Dear Judge Merchant:

      I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, attorney for Defendants in the above referenced matter. I write pursuant to Rule III.G of Your Honor's Individual Motion Practice and Rules, to provide this cover letter indicated the documents being served and filed today.

      Along with this cover letter, Defendants are filing and serving: (1) Defendants' Notice of Motion to Dismiss the Amended Complaint; (2) Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Complaint; (3) Declaration of Sonya Chazin in Support of Defendants' Motion to Dismiss the Amended Complaint with nine exhibits; (4) Plaintiff's Opposition with six accompanying exhibits; and (5) Defendants' Reply Memorandum of Law in Further Support of Defendants' Motion to Dismiss the Amended Complaint.

      I thank the Court for its consideration of Defendants' Motion to Dismiss the Amended Complaint.

Respectfully submitted,

/s/ _____
Sonya Gidumal Chazin
Assistant Corporation
Counsel

cc:    Plaintiff *pro se* (by email to helenaj7@gmail.com)
       Magistrate Judge Clay H. Kaminsky